**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00382-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL E. SILVA,

    Defendant.

---

**MINUTE ORDER**[1]

---

    By **May 24, 2012**, defendant shall file a reply to the **Government's Response To The Defendant's Motion To Dismiss Indictment For Violation of Speedy Trial Act** [#24][2] filed April 9, 2012.

    **IT IS FURTHER ORDERED** as follows:

    1. That on **May 15, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant's **Motion To Dismiss Indictment For Violation of Speedy Trial Act** [#22] filed March 23, 2012; and

    2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 10, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.