IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00382-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL E. SILVA,

    Defendant.

## MINUTE ORDER[1]

On May 15, 2012, the court conducted a telephonic setting conference to set a hearing on defendant's **Motion To Dismiss Indictment For Violation of Speedy Trial Act** [#22][2] filed March 23, 2012. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 6, 2012**, commencing at 10:00 a.m., the court shall hear oral argument on **Motion To Dismiss Indictment For Violation of Speedy Trial Act**, the court reserving one (1) hour for the hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: May 15, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.